# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————————

No. 06-3139

———————————

| | | |
|---|---|---|
| Richard Anthony Kaminsky, also known as Richard Anthony Kaminsky, D.O., also known as Dr. Richard Anthony Kaminsky, | * * * * | |
| | * | Appeal from the United States |
| | * | District Court for the |
| Appellant, | * | Eastern District of Missouri. |
| | * | |
| v. | * | [UNPUBLISHED] |
| | * | |
| Saint Louis University School of Medicine, | * * | |
| | * | |
| Appellee. | * | |

———————————

Submitted: May 14, 2007
Filed: June 26, 2007

———————————

Before MURPHY, HANSEN, and COLLOTON, Circuit Judges.

———————————

PER CURIAM.

Dr. Richard Kaminsky appeals the district court's[1] adverse grant of summary judgment in his Americans with Disabilities Act, 42 U.S.C. § 12112(a), and Title VII

———————————

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e - 2000e-17, suit against Saint Louis University School of Medicine (SLU).  Upon careful de novo review, see Ferguson v. United States, 484 F.3d 1068, 1072 (8th Cir. 2007), we find no reversible error of fact or law.  Even if Dr. Kaminsky had been able to establish a prima facie case of discrimination, SLU proffered sufficient nondiscriminatory reasons for its actions that Dr. Kaminsky failed to rebut as pretextual.  See Freeman v. Fahey, 374 F.3d 663, 666 (8th Cir. 2004).  Accordingly, we affirm based upon the district court's well-reasoned and thorough order.  See 8th Cir. R. 47B.

_____